NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

EASTMAN KODAK COMPANY,
*Appellant,*

v.

INTERNATIONAL TRADE COMMISSION,
*Appellee,*

AND

RESEARCH IN MOTION LTD. AND RESEARCH IN MOTION CORP.,
*Intervenors,*

AND

APPLE INC.,
*Intervenor.*

---

2012-1588

---

On appeal from the United States International Trade Commission in Investigation No. 337-TA-703.

---

ON MOTION

---

**ORDER**

Upon consideration of Research In Motion Ltd., Research In Motion Corp. and Apple Inc.'s unopposed motions for leave to intervene,

IT IS ORDERED THAT:

The motions for leave to intervene are granted. The revised official caption is reflected above.

FOR THE COURT

SEP 1 4 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Glenn J. Pfadenhauer, Esq.
    Amanda Smith Pitcher, Esq.
    Donald R. Dunner, Esq.
    Mark G. Davis, Esq.

s26

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 1 4 2012

JAN HORBALY
CLERK